# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Clarence Kevin Tate III,

Inmate ID Number: P40221,

(*Write your full name and inmate ID number.*)

v.

Okaloosa Correction Institution,

_____,

_____,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 3:24cv156-LC-ZCB
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND PN
APR 11 '24 PM 1:28  AB

Provided to Okaloosa Correctional Institution on 4/9/2024 for mailing by _____

NDFL Pro Se 14 (Revised June 2022) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Clarence K. Tate III   ID Number: #P40221

List all other names by which you have been known: Gingerbread Mr. Tate

Current Institution: Okaloosa Correction Institution

Address: 3189 Colonel Greg Malloy Rd
Crestview FL 32539-6708

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Okaloosa Correction Institution

   Official Position: L.T. Peterson, Officer BumGardner, Officer Ms Lawson-M

   Employed at: (OKCI) (Officer Andrews)   (Officer Hellwheltz)
   (H. Heilwell)
   Mailing Address: 3189 Colonel Greg Mallory Rd   (OFFICER PRICE)
   Crestview FL 32539-6708   Officer Scott

   ☐ Sued in Individual Capacity     ☑ Sued in Official Capacity

OKALOOSA County Board of County Commission

2. Defendant's Name: L.T. Robbins   Okaloosa Correction Institute

   Official Position: Co. Andrews,

   Employed at: Okaloosa Correction Institution

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

3. Defendant's Name: Florida Department of Corrections

   Official Position: LT, Sgt, Co, (LT Peterson)(Officer Bumgardener)

   Employed at: OKALOOSA CORRECTIONS Institution

   Mailing Address: Crestview    (LT. Robbins)

(Officer Messi-Lawson)(Officer Prices)(officer Heilwell)(Officer Andrews)

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee                ☐ Civilly Committed Detainee

☑ Convicted State Prisoner         ☐ Convicted Federal Prisoner

☐ Immigration Detainee             ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

I am Clarence Kevin Tate III And I'm Request A Relief why Because of the verbal Abuse, Refuse Medical Attention, Violating my Right Not Able to Exercise my Pro Se Right and legal information, Refusing law Access, Throwing my personal legal work away, uncleaness officers taking gloves he went thru trash with rubbing them on my pilow, A L.T. tells me to shut My "Dick Suckers" stats he will plant something on me to send me to the slab. Getting injured by a M2107U Ceiling Fan and refuse Medicial Attention, using unnessary Forces on Top of Dat Refusing my Food to Eat. I Have wrote Grievance after Grievance still the same stuff Going on. I asking for relief from this Because these officers feel that they can't get caught And that they abuse the Law My Relief is that these officer get fired or I'm sueing for 500,000 that for the verbal Abuse the threats I don't deserve

Toilet that broken [M Dorm], Black Mold [E2-2114], Exhaust Fan [M Dorm], Unclean environment Maintance Not Finishing the Job Living in cruel and unusally Punishment Full Capacety over 80 Inmate 1 troilet work

**Statement of Facts Continued** (Page____of____)

And the mental Abusement. I have been in the DR Box for Nothing and I'm a good person all around the board I'm not Disruptive until you say something Disrespectful. The Last and Latest was these on 2/24/2024 Recent ① I was Random Searched my bunk area the same gloves she searched (Officer Hellshitz) (Officer Heilwell) touching the Floor and behind the walls and then putting my medicine in her hand uncleaness I put the medicine in my mouth so I said Something she told me to go to the Dayroom ② Later on that Day she seen me under my bunk helping someone and Pick me out single me out clearly see inmates doing the most around her In helping someone hang up something so I Relocated and walk away from the bunk she Followed Me and Unncssary force with Handicup to take me to the Office where LT Peterson and Sgt Lauson-Messi are in being walked By Officer BumGardner into his office where I kept my mouth close to be verbally abuse Statements "Dick Sucker" "I'll Plant something on you" Threat from leading officer and I'm willing to Request a Pologramm to the officer so they would tell the truth For the Disrespect as a professional of the Law. And still Haven't Receive my property back My Legal Infromation, My Personal Number & Dead Family Pictures, And Vital Infromation For my 3,800 Case.

(margin left) They are trying to throw my stuff away I wrote Greivances about everything

(margin right) ON 4/5/24 she (Officer Heilwell writing me another DR Harassing me For No Reason

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

① Refusing me to the Law Library Access + Throwing my Law work in the trash [Officer Hellwholtz + Sgt Lawson-Messi] ② Uncleaness Must Have Clean Environment [Black Mo toilet broke sewage] ③ Breaking Rules + Reglation ④ Using unnessesary forces ⑤ My Mail Being tamper with [Officer Hellwholtz] ⑥ Threaten by staff Verbal Abusement [LT verbal Peterson] ⑦ Medical Attention Refused ⑧ Real Verbal + Refuse for me to Go to [Officer Sanders, Chou, LT Peterson] ⑨ Officers Breaking my tablet where I can't contacts My Family [Officer Lawson-Messi] ⑩ Still Haven't Receive My property

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

"They Are Not Above the Law this is there Job" My First time in Prison and I'm Scared that care Custody and protection is useless because of the threats I seek from this situation for the verbal Assult by officers And unnessary forces they used on me Either officer Fired And I seeking Releif or I seek 300,000 to 500,000 To be Released from Prison

VII.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

VIII. **PRIOR LITIGATION**

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #:_____

   Court: _____

   Reason: _____

2. Date:_____ Case #:_____

   Court: _____

   Reason: _____

3. Date:_____ Case #:_____

   Court: _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☒ YES ☐ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #: 3:22cv20469 MCR-HTC  Parties: Escambia County Department et al

   Court: _____ Judge: _____

   Date Filed: 11/02/22  Dismissal Date (*if not pending*): It was

   Reason: A Voluntary Dismissal Around 5/23

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

(*If necessary, list additional cases on an attached page*)

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____ Parties: _____

   Court:_____ Judge: _____

   Date Filed:_____ Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 2/25/24  Plaintiff's Signature: _CK Tate III_

Printed Name of Plaintiff: Clarence K Tate III

Correctional Institution: OKALOOSA

Address: Crestview FL 32539-6708

3189 Colonel Greg Mallory Rd

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 25 day of March, 20 24.

Signature of Incarcerated Plaintiff: _CK Tate III_

Mailing on the 9 day of 4 20 24

NAME: Lacence Tate III
D.C.# P40221   DORM: _____
Okaloosa Correctional Institution
3199 Col. Greg Malloy Rd.
Crestview, Florida 32539-6708

Mailed from a State
Correctional Institution
10 APROKAEPM 1 1

US POSTAGE PITNEY BOWES
ZIP 32539
02 4W
0000383334 APR 10 2024
$001.12

Northern District of Florida
1 N. Palafox St.
Pensacola, FL 32502

APR 11 2024

LEGAL MAIL

32502-565599

